1  Tanya E. Moore. SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mails: tanya@@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Gerardo Hernandez

7              **UNITED STATES DISTRICT COURT**

8            **NORTHERN DISTRICT OF CALIFORNIA**

9

10  GERARDO HERNANDEZ,                    ) Case No. 5:23-cv-01903-SVK
                                          )
11            Plaintiff,                  ) **NOTICE OF VOLUNTARY DISMISSAL**
                                          ) **OF ENTIRE ACTION**
12       vs.                              )
                                          )
13  HK SANDHU INC; OMAR S. MUSHTAQ;       )
    KHALILULLAH NOORULHUDA;               )
14  NORTHWEST DEALERCO HOLDINGS,          )
    LLC; BERTO DEVELOPMENT, A             )
15  CALIFORNIA LIMITED PARTNERSHIP;       )
                                          )
16            Defendants.                 )
                                          )
17                                        )
                                          )
18  _____ )

19       WHEREAS, Defendants have not filed an answer or motion for summary judgment;

20       WHEREAS, Plaintiff and Defendants have settled the matter;

21       WHEREAS, no counterclaim has been filed;

22       Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal

23  Rule of Civil Procedure 41(a)(1)(A)(i).

24

25  Date: June 9, 2023                    MOORE LAW FIRM, P.C.

26
                                          */s/ Tanya E. Moore*
27                                        Tanya E. Moore
                                          Attorney for Plaintiff,
28                                        Gerardo Hernandez